IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CRIMINAL NO.  15-30013-DRH |
| vs. | ) | |
| | ) | |
| MICHAEL J. KHOURY, | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION OF FACTS

On January 19, 2015 at approximately 10:50 p.m., two individuals smashed the glass

front door at Rural King at 2801 North Illinois in Swansea, Illinois, located within the Southern

District of Illinois. Surveillance video showed that they immediately went towards a glass case

holding numerous firearms of various makes and models, smashed the glass, loaded them into a

bag, and then left the store. They left in a grey or silver four door vehicle. A Rural King

employee provided the Swansea Police Department and the Bureau of Alcohol, Tobacco,

Firearms, and Explosives (ATF) with an inventory list of all firearms taken in the break in,

including make and model information as well as serial numbers.

At approximately 11:24 p.m., a confidential informant (CI) working with a federal

agency received a call from a guy he knew as "Mike" from the phone number (314) 324-8375.

Mike said that he had something for the CI to look at and told him to come over to his residence

in Cahokia, Illinois. When the CI arrived, Mike was there with another individual, who identified

himself as "Murdock," adding he was Mike's brother-in-law.

Both Mike and Murdock showed the CI a black bag full of pistols and offered to sell

them to the CI. They indicated that they had just broken into Rural King to steal the firearms.

The CI was provided a Smith & Wesson M&P 22 caliber firearm with serial number MP090563 with a promise to pay for the weapon at a later time.

Within hours, the CI provided this firearm to law enforcement investigating the break in. It was determined to be one of the firearms stolen during the Rural King break in. It was also determined that Michael Khoury lived at the address in Cahokia, Illinois where the CI went to make the purchase of the firearm. A photograph of Khoury was shown to the CI, and he positively identified Khoury as "Mike."

The firearm has traveled in or affected interstate or foreign commerce. The defendant has been convicted in an Illinois of a felony offense, specifically St. Clair County Case # 98-CF-93, the offense of Burglary, on April 28, 1998.

STEPHEN R. WIGGINTON
United States Attorney

_____
MICHAEL J. KHOURY
Defendant

_____
LAURA V. REPPERT
Assistant United States Attorney

_____
PHILLIP KAVANAUGH
Attorney for Defendant

Date: _5-12-15_____

Date: _5/12/15_____